UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

A Motion for Administrative Relife to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed cases that I have initialed below are related to the case assigned to me, and such cases shall be reassigned to me.

**C 12-04958 PSG**     PI-Net International, Inc. v. Focus Business Bank

**C 12-04959 PSG**     PI-Net International, Inc. v. Bridge Bank

   I find that the above case is related to the case assigned to me. <u>PSG</u>

**C 12-04960 NC**     Pi-Net International, Inc. v. Mission National Bank

   I find that the above case is related to the case assigned to me. _____

**C 12-05730 EJD**     PI-Net International, Inc. v. Commonwealth Central Credit Union

   I find that the above case is related to the case assigned to me. <u>PSG</u>

**C 12-05732 SBA**     PI-Net International, Inc. v. National 1st Credit Union

   I find that the above case is related to the case assigned to me. _____

**C 12-05733 YGR**     PI-Net International, Inc. v. My Credit Union

   I find that the above case is related to the case assigned to me. _____

**ORDER**

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. The parties in the reassigned cases shall appear for a case management conference in this court on May 7, 2013 at 10:00 a.m. By that date, the parties who have not yet consented to magistrate jurisdiction shall file their consents or declinations.

**Dated:** April 9, 2013

*[signature]*
Magistrate Judge Paul S. Grewal