UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PI-NET INTERNATIONAL,**<br><br>    Plaintiff,<br><br>vs.<br><br>**MY CREDIT UNION,**<br><br>    Defendant. | Case No.: 12-CV-05733 YGR<br><br>**ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY WILL CONSENT TO REASSIGNMENT OF CASE TO MAGISTRATE JUDGE PAUL S. GREWAL** |

The Court understands that this case may be related to earlier filed cases that have been assigned to Magistrate Judge Paul S. Grewal. The parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. *See* Civil L.R. 73-1(b).

The parties are hereby **DIRECTED** to advise the Court, by no later than **April 19, 2013**, whether they will consent to have Magistrate Judge Paul S. Grewal conduct all further proceedings in the instant action. For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.

**IT IS SO ORDERED.**

Date: April 11, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PI-NET INTERNATIONAL,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**MY CREDIT UNION,**<br><br>    Defendant. | **Case No.: 12-CV-05733  YGR**<br><br>**CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE PAUL S. GREWAL** |

**CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE PAUL S. GREWAL**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties to the above-captioned civil matter hereby voluntarily consent to have United States Magistrate Judge Paul S. Grewal conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Federal Circuit.

_____         _____


_____         _____
Attorney for Plaintiff                                          Attorney for Defendant


Dated:_____